IN RE:

JASMINE NICOLE HOLMES          CASE NUMBER:  23-20615
                               CHAPTER 13
                               JUDGE:  Daniel S. Opperman


          Debtors
_____/


## EX PARTE MOTION FOR VOLUNTARY DISMISSAL

NOW COMES Debtor, by and through their attorney, Robert Shelton, PLC., by Robert Shelton, and hereby petitions this court to dismiss their Chapter 13 bankruptcy, case number 25-21538, for the reason that Debtor requests the same.


Dated: April 7, 2026                    /s/Jasmine Nicole Holmes
                                        Jasmine Nicole Holmes, Debtor


Dated: April 7, 2026                    **ROBERT SHELTON, P.L.C.**
                                        /s/ Robert Shelton
                                        Robert Shelton (P81288)
                                        Attorney for Chapter 13 Debtor
                                        1109 Court St. 2nd Floor
                                        Saginaw, MI 48602
                                        (989) 401-4456 Phone
                                        lawyershelton@gmail.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

IN RE:

JASMINE NICOLE HOLMES        CASE NUMBER:  23-20615
                             CHAPTER 13
                             JUDGE:  Daniel S. Opperman

        Debtors

_____/

## ORDER DISMISSING CHAPTER 13

The matter coming before this court on the Debtor's Motion to Dismiss and the Court being so advised:

**IT IS HEREBY ORDERED** that Debtor's case, Case Number 23-20615, is DISMISSED.